**Order entered October 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01303-CV

### JOHN WILLIAMS, Appellant

### V.

### DART TRANSIT, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-14-00720-B

## ORDER

Because, as judges, we are bound by the federal constitution and must ensure constitutional protections are honored, we **DENY** as moot appellant's October 2, 2015 pro se "Motion for Constitutional Right 14th Amendment." *See* U.S. CONST. art. VI.

/s/    CRAIG STODDART
JUSTICE